**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**Clyde L. Younger**
             Plaintiff

                                                    CIVIL ACTION
        V.
                                                    NO. **1:25-cv-12524-RGS**



**Trump et al**
             Defendants


**ORDER OF DISMISSAL**


Stearns, D. J.


        In accordance with the Court's Order entered May 4, 2026 [Doc. No. 26] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.



                                            By the Court,


5/5/2026                                        /s/ Jacqueline Martin
    Date                                            Deputy Clerk